**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 16-cv-21565-JJO
[CONSENT]

ALEJANDRO TAMAYO DIAZ, DARIEL
FONTELA, NELSON MENDEZ, JOSE
REYES, ALBERTO RUIZ, ARIAN
RODRIGUEZ, LUIS VEGA BORROSO,
MAURICIO SEQUERIA, DAVID CACERES,
DOUGLAS JAIME, JUAN JAIME,
ROBERTO JIMENEZ, and ALBERTO RODRIGUEZ,

       Plaintiffs,

vs.

AL-FLEX EXTERMINATORS, INC., AND
ALEXANDER E. NAPOLES

       Defendants.
_____/

## <u>JOINT MOTION TO APPROVE SETTLEMENT<br>AND TO DISMISS CASE WITH PREJUDICE</u>

Plaintiffs, ALEJANDRO TAMAYO DIAZ, DARIEL FONTELA, NELSON MENDEZ, JOSE

REYES, ALBERTO RUIZ, ARIAN RODRIGUEZ, LUIS VEGA BORROSO, MAURICIO

SEQUERIA, DAVID CACERES, DOUGLAS JAIME, JUAN JAIME, ROBERTO

JIMENEZ and ALBERTO RODRIGUEZ ("Plaintiff"), and Defendants, AL-FLEX

EXTERMINATORS, INC., AND ALEXANDER E. NAPOLES ("Defendants") (collectively

referred to herein as the "Parties"), by and through their respective undersigned

counsel, hereby file this Joint Motion to Approve Settlement and to Dismiss Case With

Prejudice, and state the following in support thereof:

1. On May 2, 2016, Plaintiffs filed the instant lawsuit in the United States District Court of the Southern District of Florida claiming entitlement to unpaid overtime wages and liquidated damages under the Fair Labor Standards Act, as amended ("FLSA"). (Compl. [DE 1].)

2. In order to avoid the costs and uncertainties of litigation, the Parties, attended mediation on August 25, 2016, and successfully came to an agreement to resolve their disputes as to all claims asserted in the Complaint and seek approval of the Settlement from the Court with respect to Plaintiffs' FLSA claims.

3. For a release and waiver of claims agreement to be considered effective under the FLSA, it must be approved by the Court or supervised by the U.S. Department of Labor. See *Lynn's Food Stores, Inc. v. U.S. Dept. of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982).

4. After a detailed review of Plaintiffs' wages and hours, the Parties stipulate that contested facts exist regarding the hours Plaintiffs worked as well as the compensation structure used. The Parties further stipulate that the Settlement reached between them represents a fair and reasonable resolution of Plaintiffs' FLSA claims and that the Settlement advances judicial economy.

5. The Parties stipulate to the dismissal with prejudice of this action upon approval of the Settlement by the Court. The Settlement between Plaintiffs and Defendants is confidential.

6.  The Parties will provide the Court with the signed Settlement agreement and supporting documents at the fairness hearing scheduled for September 2, 2016.

7.  The Parties further request that the Court retain jurisdiction for thirty (30) days from the date of the dismissal for enforcement in the event of a breach of the Settlement agreement.

WHEREFORE, the Parties respectfully request that this Court approve the Settlement and dismiss this case with prejudice.

Dated August 30, 2016.

/s/ Christopher P. Hammon
Christopher P. Hammon, Esq.
Michael R. Tricarico, Esq.
Paul J. De Boe, Esq.
chris.hammon@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Ave., Suite 1600
Miami, Florida 33131
Tel:(305)374-0506~Fax:(305)374-0456
*Counsel for Defendants*

/s/ Domingo C. Rodriguez
Domingo C. Rodriguez, Esq. (FBN 394645)
domingo@rlomiami.com
pleadings@rlomiami.com
RODRIGUEZ LAW OFFICE, LLC.
2121 Ponce de Leon Blvd., Suite 430
Miami, Florida 33134
Tel:(305)774-1477~Fax:(305) 774-1075
*Counsel for Plaintiffs*

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on all parties or counsel in the service list below on August 30, 2016.

/s/ Domingo C. Rodriguez
Domingo C. Rodriguez, Esq.

**SERVICE LIST**

Domingo C. Rodriguez, Esq.
domingo@rlomiami.com
pleadings@rlomiami.com
**RODRIGUEZ LAW OFFICE, LLC**
2121 Ponce de Leon Blvd., Suite 430
Miami, Florida 33134
Tel: (305) 774-1477 ~ Fax: (305) 774-1075
*Counsel for Plaintiffs*


Christopher P. Hammon, Esq.
Chris.hammon@ogletreedeakins.com
Michael R. Tricarico, Esq.
Michael.tricarico@ogletreedeakins.com
Paul J. De Boe, Esq.
Paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Tel: (305) 374-0506
Fax: (305) 374-0456
*Counsel for Defendants*